UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    :        CHAPTER 7
                                          :
VICTERY LEE TUTSON and                    :        CASE NO. 25-51003-SMS
MILLIE R. TUTSON,                         :
                                          :
        Debtors.                          :

**REPORT OF CHAPTER 7 TRUSTEE OF ASSETS
AND REQUEST FOR BAR DATE**

COMES NOW S. Gregory Hays, Chapter 7 Trustee, and reports to the Court that he may

recover assets for distribution to creditors and hereby requests that the Court set a bar date for

claims.

This 5th day of March, 2025.

                                        /s/ S. Gregory Hays

                                        S. Gregory Hays
                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060