# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-51003-sms |
|   VICTERY LEE TUTSON | * | |
|   MILLIE RENEA TUTSON | * | CHAPTER 7 |
|     Debtors | * | |

### APPLICATION TO CONVERT CHAPTER 7 CASE TO A CHAPTER 13 CASE

COMES NOW, the above-named Debtors, Victery and Millie Tutson, and shows this Court the following:

1.

The case was originally filed under Chapter 7 on January 31, 2025.

2.

The Debtors, Victery and Millie Tutson are eligible to be under Chapter 13 and desire to convert the case to a case under that Chapter.

3.

WHEREFORE, pursuant to 11 U.S.C. § 1307(a), the Debtors request that the Chapter 7 case be promptly converted to a case under 11 U.S.C. Chapter 13.

This 19th day of March, 2025

Respectfully Submitted,

*/s/ Joseph Chad Brannen*
Joseph Chad Brannen
Attorney for Debtor
GA Bar No. 077120
7147 Jonesboro Rd., Ste. G
Morrow, GA 30260

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-51003-sms |
|   VICTERY LEE TUTSON | * | |
|   MILLIE RENEA TUTSON | * | CHAPTER 7 |
|     Debtors | * | |

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that *Victery and Millie Tutson* have filed a ***Motion to Convert Chapter 7 Case to a Chapter 13 Case*** and related papers with the Court seeking an order ***Converting Chapter 7 Case to a Chapter 13 Case.***

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Convert at **10:15am** on **April 16, 2025 in Courtroom 1201 U.S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, [www.ganb.uscourts.gov](www.ganb.uscourts.gov), or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.) If you do not want the court to grant relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and whom (including addresses) you served. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr. S.W., Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

    This 19th day of March, 2025                    Respectfully Submitted,

                                                                      */s/Joseph Chad Brannen*
                                                                      Joseph Chad Brannen
                                                                      Attorney for Debtors
                                                                      Georgia Bar No. 077120
                                                                      7147 Jonesboro Rd. Suite G
                                                                      Morrow, GA 30260

**CERTIFICATE OF SERVICE**

      This is to certify that I am over the age of 18 years and that I have this day served a copy of the APPLICATION TO CONVERT CHAPTER 7 CASE TO A CHAPTER 13 CASE upon the parties listed below by placing the same in a properly addressed envelope with adequate postage affixed hereto to assure delivery and depositing in the United States Mail via certified US Mail, addressed as follows:

Victery and Millie Tutson
707 Hennepin Terr
McDonough, GA 30253

S. Gregory Hays
2964 Peachtree Road, Ste 500
Atlanta, GA 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

All parties on attached list

      This 19th day of March, 2025

                                            Respectfully Submitted,

                                            */s/ Joseph Chad Brannen*
                                            Joseph Chad Brannen
                                            Attorney for Debtors
                                            GA Bar No. 077120
                                            7147 Jonesboro Road, Suite G
                                            Morrow, GA 30260
                                            (770) 474-0847

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-51003-sms<br>Northern District of Georgia<br>Atlanta<br>Wed Mar 19 08:18:25 EDT 2025 | Ally Financial<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Amex/Cbna<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Associated Credit Union<br>6789 Peachtree<br>Atlanta, GA 30360 | Barclays Bank Delaware<br>1007 N Orange St<br>Wilmington, DE 19801-1239 | Joseph Chad Brannen<br>The Brannen Firm, LLC<br>Suite G<br>7147 Jonesboro Road<br>Morrow, GA 30260-2954 |
| Brclysbankde<br>Po Box 26182<br>Wilmington, DE 19899-6182 | Cap1/Kohls<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Ccb/Ulta<br>Po Box 182120<br>Columbus, OH 43218-2120 | Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 | Creditonebnk<br>Pob 98872<br>Las Vegas, NV 89193-8872 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Enerbank Usa<br>1245 Brickyard Rd<br>Salt Lake City, UT 84106-2562 | Feb Destiny<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| Fst Premier<br>900 W Delaware<br>Sioux Falls, SD 57104-0347 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3206 | Georgia Department of Revenue<br>Attn: Bankruptcy<br>2595 Central Pkwy NE., Ste. 339<br>Atlanta, Ga. 30345 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Navy Fcu<br>1 Security Place<br>Merrifield, VA 22116 |
| Navy Fcu<br>820 Follin Lane<br>Vienna, VA 22180-4907 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Pentagon Federal Cr Un<br>1001 N Fairfax St<br>Alexandria, VA 22314-1797 |
| Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rowanshyre HOA<br>1328 S Zack Hinton Pkwy<br>McDonough, GA 30253-3354 | Santander<br>8585 N Stemmons Fw<br>Dallas, TX 75247-3836 |

| | | |
|---|---|---|
| Shellpoint<br>PO Box 51850<br>Livonia, MI 48151-5850 | Syncb/Amazon<br>Po Box 981432<br>El Paso, TX 79998-1432 | Syncb/Belk<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Syncb/Carecr<br>Po Box 981439<br>El Paso, TX 79998-1439 | Syncb/Ccppby<br>Po Box 71757<br>Philadelphia, PA 19176-1757 | Syncb/Havert<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Syncb/Ppc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Samsdc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Tjx<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Tdrc/Ethcorp<br>Td Rcs<br>Columbia, SC 29202 | Thd/Cbna<br>Po Box 9714<br>Gray, TN 37615-9714 | Truist<br>P O Box 486<br>Whiteville, NC 28472-0486 |
| Millie Renea Tutson<br>707 Hennepin Terr<br>Mcdonough, GA 30253-5962 | Victery Lee Tutson<br>707 Hennepin Terr<br>Mcdonough, GA 30253-5962 | U.S. Small Business Administration<br>14925 Kingsport Rd.<br>Ft. Worth, TX 76155-2243 |
| U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discoverbank<br>Pob 15316<br>Wilmington, DE 19850 | Georgia Department of Revenue<br>1800 Century Blvd., NE<br>Atlanta, GA 30345 | Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 |

End of Label Matrix
Mailable recipients    46
Bypassed recipients     0
Total                  46